# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR 11-100 LRR |
| vs. | **ORDER** |
| DONALD K. WASHBURN, | |
| Defendant. | |

_____

On February 22, 2012, the Court accepted the jury verdict finding Defendant Donald K. Washburn guilty on Counts 1-8, 10-30 and 32-49 of the Indictment and not guilty as to Count 9.

Accordingly, IT IS ORDERED as follows:

1. Defendant is adjudicated guilty of Counts 1-8, 10-30 and 32-49 of the Indictment.

2. The court will enter a Judgment of Acquittal as to Count 9.

2. The United States Probation Office shall conduct a presentence investigation and prepare a report.

3. The attorneys shall timely comply with the deadlines for preparation of the presentence report.

4. Defendant remains detained pending sentencing.

**IT IS SO ORDERED.**

**DATED** this 24th day of February, 2012.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA