IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR 11-100-LRR-1 |
| | ) | |
| vs. | ) | JUDGMENT OF ACQUITTAL |
| | ) | |
| DONALD K. WASHBURN, | ) | |
| | ) | |
| Defendant. | ) | |

This action came to trial before the Honorable Chief Judge Linda R. Reade and a jury.
The issues having been duly tried and the jury has rendered a verdict of guilty to Counts 1-8,
10-30 and 32-49 of the Second Superseding Indictment and a verdict of not guilty to Count 9 of
the Second Superseding Indictment.

**IT IS ORDERED AND ADJUDGED**

THAT Defendant Donald K. Washburn is guilty of Counts 1-8, 10-30 and 32-49 of the
Second Superseding Indictment and acquitted as to Count 9 of the Second Superseding
Indictment.

Dated: 2-24-12                                          SIGNED BY:

Chief Judge Linda R. Reade
U.S. District Court for the Northern District of Iowa